# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:          [202] 502-2888

http://www.jpml.uscourts.gov

May 17, 2006

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
Rec'd ᘓ|8|06
★ MAY 19 ᘓᘓ
BROOKLYN OFFICE

Re:  MDL-1596 -- In re Zyprexa Products Liability Litigation

(See Attached Schedule of CTO-49)

Dear Mr. Heinemann:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on May 1, 2006. As stipulated in Rule 7.4(a) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By
Mecca S. Carter
Deputy Clerk

Attachment

cc:  Transferee Judge:      Judge Jack B. Weinstein
       Transferor Judges:      (See Attached List of Judges)
       Transferor Clerk:       Richard W. Wieking

JPML Form 36



A CERTIFIED TRUE COPY

MAY 17 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY    2006

FILED
CLERK'S OFFICE

### DOCKET NO. 1596

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-49)

On April 14, 2004, the Panel transferred six civil actions to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 548 additional actions have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jack B. Weinstein.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Weinstein.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of April 14, 2004, 314 F.Supp.2d 1380 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Jack B. Weinstein.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 17 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck

Michael J. Beck
Clerk of the Panel

Case 3:06-cv-01490-MJJ   Document 5   Filed 09/22/06   Page 3 of 13
Case 1:04-md-01596-JBW-RLM   Document 567   Filed 05/19/2006   Page 3 of 13

PAGE 1 of 9

## SCHEDULE CTO-49 - TAG-ALONG ACTIONS
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

DIST. DIV. C.A. #                    CASE CAPTION

CALIFORNIA NORTHERN
CAN 3  05-4829          Amber Brennan v. Eli Lilly & Co.
CAN 3  05-4830          Marlene Romero v. Eli Lilly & Co.
CAN 3  05-4832          Anita Hollowell, et al. v. Eli Lilly & Co.
CAN 3  05-4833          James Saleeby, etc. v. Eli Lilly & Co.
CAN 3  05-4892          Carolyn Seward, et al. v. Eli Lilly & Co.
CAN 3  05-4895          Steven Leeper v. Eli Lilly & Co.
CAN 3  05-4902          Russell Halterman, et al. v. Eli Lilly & Co.
CAN 3  05-4908          Zachary Gilman v. Eli Lilly & Co.
~~CAN 3  05-5009~~          ~~Clarence King, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
~~CAN 3  05-5011~~          ~~Shannon Harbison, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  05-5013          Leonard Ward v. Eli Lilly & Co.
CAN 3  05-5029          Michelle Gerst, et al. v. Eli Lilly & Co.
CAN 3  05-5032          Rose Marie Marchiny v. Eli Lilly & Co.
CAN 3  05-5033          Coreen Hansen v. Eli Lilly & Co.
CAN 3  05-5074          Willie Evans v. Eli Lilly & Co.
CAN 3  05-5077          Shannon Miller v. Eli Lilly & Co.
CAN 3  05-5078          Joshua Hudson v. Eli Lilly & Co.
CAN 3  05-5093          David Strawn v. Eli Lilly & Co.
CAN 3  05-5094          Jim Ayala v. Eli Lilly & Co.
CAN 3  05-5096          Michael Keizur v. Eli Lilly & Co.
~~CAN 3  05-5149~~          ~~Thomas Partlow v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  05-5150          Jeffrey Oldewurtel v. Eli Lilly & Co.
~~CAN 3  05-5152~~          ~~Michael Horton v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  05-5153          Christopher Parlato, et al. v. Eli Lilly & Co.
CAN 3  05-5266          Duane Long v. Eli Lilly & Co.
CAN 3  05-5267          Fausto Gutierrez-Cruz v. Eli Lilly & Co.
CAN 3  05-5268          Harlan Kenyon, et al. v. Eli Lilly & Co.
CAN 3  05-5269          Mark Conder, et al. v. Eli Lilly & Co.
CAN 3  06-31           Jeannie Swartz v. Eli Lilly & Co.
~~CAN 3  06-35~~           ~~Rose Cook, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
~~CAN 3  06-40~~           ~~Tammie Pinkney v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-41           Artisha Easterly, et al. v. Eli Lilly & Co.
CAN 3  06-248          Patricia Glace v. Eli Lilly & Co.
CAN 3  06-252          Howard Gilbert, et al. v. Eli Lilly & Co.
CAN 3  06-253          Debbie Holden v. Eli Lilly & Co.
CAN 3  06-894          Daryl Paul v. Eli Lilly & Co.
CAN 3  06-895          Eugenne Salmon v. Eli Lilly & Co.
CAN 3  06-896          Debra Mcclelland v. Eli Lilly & Co.
CAN 3  06-897          Pamela Blish v. Eli Lilly & Co.
CAN 3  06-898          Celita Finney v. Eli Lilly & Co.
CAN 3  06-899          Duane Windom v. Eli Lilly & Co.
CAN 3  06-900          Jerome Dennis v. Eli Lilly & Co.
CAN 3  06-901          Timothy Lee v. Eli Lilly & Co.
CAN 3  06-903          Kimberly Fortunato v. Eli Lilly & Co.
CAN 3  06-904          Floretia Harris v. Eli Lilly & Co.
CAN 3  06-905          Della Collins v. Eli Lilly & Co.
CAN 3  06-952          Constance Heg v. Eli Lilly & Co.
CAN 3  06-955          Ollie Dotson, et al. v. Eli Lilly & Co.
CAN 3  06-956          Anthony Hardenbrock v. Eli Lilly & Co.
CAN 3  06-957          Linda Wright v. Eli Lilly & Co.
CAN 3  06-958          Ronald Rarric v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 2 of 9

CAN 3  06-959          Philip G. Roulo, et al. v. Eli Lilly & Co.
CAN 3  06-960          Richard Anderson v. Eli Lilly & Co.
CAN 3  06-961          Paul E. Boring, et al. v. Eli Lilly & Co.
CAN 3  06-962          Silas Bennett, et al. v. Eli Lilly & Co.
CAN 3  06-965          Rhona Smith, et al. v. Eli Lilly & Co.
CAN 3  06-966          Sherry Stone, et al. v. Eli Lilly & Co.
CAN 3  06-967          Timmons Hill v. Eli Lilly & Co.
CAN 3  06-968          Violet Adamovich, et al. v. Eli Lilly & Co.
CAN 3  06-969          Laurie Woloszyn v. Eli Lilly & Co.
CAN 3  06-970          Tania Rupert, et al. v. Eli Lilly & Co.
CAN 3  06-972          Vickie Abasta v. Eli Lilly & Co.
CAN 3  06-976          Anthony Jackson v. Eli Lilly & Co.
CAN 3  06-979          Estella Mullings v. Eli Lilly & Co.
CAN 3  06-981          Cheryl Hill v. Eli Lilly & Co.
CAN 3  06-983          Aaron Roberts v. Eli Lilly & Co.
CAN 3  06-984          Mary Willhoite v. Eli Lilly & Co.
CAN 3  06-987          Tuesday Golden, et al. v. Eli Lilly & Co.
CAN 3  06-989          Vag Mayi v. Eli Lilly & Co.
CAN 3  06-990          Constance Fuller v. Eli Lilly & Co.
CAN 3  06-991          Louise Rodriguez v. Eli Lilly & Co.
CAN 3  06-994          Jason Evans v. Eli Lilly & Co.
CAN 3  06-995          Aaron Kirkland v. Eli Lilly & Co.
CAN 3  06-996          Laura Dalena v. Eli Lilly & Co.
CAN 3  06-997          Roger Mount, et al. v. Eli Lilly & Co.
CAN 3  06-998          Teresa Brando v. Eli Lilly & Co.
CAN 3  06-999          Linda Hilton v. Eli Lilly & Co.
CAN 3  06-1001         Adam Santucci v. Eli Lilly & Co.
CAN 3  06-1003         Assefa Enkuneh v. Eli Lilly & Co.
CAN 3  06-1004         Linda Tafoya-Bassett, et al. v. Eli Lilly & Co.
CAN 3  06-1005         Cheryl D. Adams v. Eli Lilly & Co.
CAN 3  06-1006         Kathleen Koche v. Eli Lilly & Co.
CAN 3  06-1007         Juan Saffold v. Eli Lilly & Co.
CAN 3  06-1008         Gloria Scott v. Eli Lilly & Co.
CAN 3  06-1009         Mary Smith v. Eli Lilly & Co.
CAN 3  06-1010         Craig Lucas v. Eli Lilly & Co.
CAN 3  06-1011         Charmine Laney v. Eli Lilly & Co.
CAN 3  06-1013         Karen Jones v. Eli Lilly & Co.
CAN 3  06-1023         Pat Colvin, et al. v. Eli Lilly & Co.
CAN 3  06-1024         Charles H. Butler, et al. v. Eli Lilly & Co.
CAN 3  06-1025         Bart Russell v. Eli Lilly & Co.
CAN 3  06-1026         Deborah Hargraves v. Eli Lilly & Co.
CAN 3  06-1027         Robin Mcgowan v. Eli Lilly & Co.
CAN 3  06-1028         Josie Miller v. Eli Lilly & Co.
CAN 3  06-1029         Ralph Cole v. Eli Lilly & Co.
CAN 3  06-1031         Theodore Comer, et al. v. Eli Lilly & Co.
CAN 3  06-1033         Craig Green v. Eli Lilly & Co.
CAN 3  06-1034         Judith Kokesh, et al. v. Eli Lilly & Co.
CAN 3  06-1035         Hollis Greenspan v. Eli Lilly & Co.
CAN 3  06-1036         Mildred Robek, et al. v. Eli Lilly & Co.
CAN 3  06-1037         Linda Rockman v. Eli Lilly & Co.
CAN 3  06-1039         John Molinaro, et al. v. Eli Lilly & Co.
CAN 3  06-1040         John Wardlow v. Eli Lilly & Co.
CAN 3  06-1041         Henry Wolfe, et al. v. Eli Lilly & Co.
CAN 3  06-1042         Karlina Ann Temple, et al. v. Eli Lilly & Co.
CAN 3  06-1043         Scott Murphy v. Eli Lilly & Co.
CAN 3  06-1044         Sabenna D. Burgess v. Eli Lilly & Co.
CAN 3  06-1045         John Sgarlata, et al. v. Eli Lilly & Co.
CAN 3  06-1046         Timothy Savage v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-1049         Benjamin Wolf v. Eli Lilly & Co. Vacated 5/4/06

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 3 of 9

CAN 3  06-1050 꿈 ω        Howard Grove, et al. v. Eli Lilly & Co.
CAN 3  06-1051 ꟷ          Anna Andrake, et al. v. Eli Lilly & Co.
CAN 3  06-1052 ꟷ          Connie L. Zimmerman, et al. v. Eli Lilly & Co.
CAN 3  06-1053 ꟷ          Patricia D. Sowa, et al. v. Eli Lilly & Co.
CAN 3  06-1054 ꟷ          Priscilla Shrader v. Eli Lilly & Co.
CAN 3  06-1056 ꟷ          Janet Janssen v. Eli Lilly & Co.
CAN 3  06-1057 ꟷ          Mary Kathryn Isom, et al. v. Eli Lilly & Co.
CAN 3  06-1058 ꟷ          Dean Brenner, et al. v. Eli Lilly & Co.
CAN 3  06-1060 ꟷ          Cathy Strickland, et al. v. Eli Lilly & Co.
CAN 3  06-1061 ꟷ          Joseph Teleky, et al. v. Eli Lilly & Co.
CAN 3  06-1062 ꟷ          Brenda Hunter v. Eli Lilly & Co.
CAN 3  06-1063 ꟷ          Steven Tomaselli v. Eli Lilly & Co.
CAN 3  06-1064 ꟷ          Theresa Trotman v. Eli Lilly & Co.
CAN 3  06-1076 ꟷ          Michael D. Raynor, et al. v. Eli Lilly & Co.
CAN 3  06-1077 ꟷ          Rommell Thompson, et al. v. Eli Lilly & Co.
CAN 3  06-1078 ꟷ          Noemi Hernandez v. Eli Lilly & Co.
CAN 3  06-1079 ꟷ          Wandy Deasy v. Eli Lilly & Co.
CAN 3  06-1080 ꟷ          Joe Flores v. Eli Lilly & Co.
~~CAN 3  06-1081~~          ~~Dante Barfield v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1082 ꟷ          Felipe Flores v. Eli Lilly & Co.
CAN 3  06-1083 ꟷ          Jamal G. Treadwell v. Eli Lilly & Co.
CAN 3  06-1084 ꟷ          Ward Marks v. Eli Lilly & Co.
CAN 3  06-1085 ꟷ          Carroll Vanover v. Eli Lilly & Co.
CAN 3  06-1086 ꟷ          Sandy Laverich v. Eli Lilly & Co.
CAN 3  06-1088 ꟷ          Alberta Johnson v. Eli Lilly & Co.
CAN 3  06-1090 ꟷ          Greg Bauder v. Eli Lilly & Co.
CAN 3  06-1091 ꟷ          Linda Soule v. Eli Lilly & Co.
CAN 3  06-1093 ꟷ          Pampatha Mitchell, et al. v. Eli Lilly & Co.
CAN 3  06-1096 ꟷ          Keith Bacon v. Eli Lilly & Co.
CAN 3  06-1099 ꟷ          James Fraser v. Eli Lilly & Co.
CAN 3  06-1100 ꟷ          Lois Osenga v. Eli Lilly & Co.
CAN 3  06-1103 ꟷ          Brandon Holmes v. Eli Lilly & Co.
CAN 3  06-1106 ꟷ          Gary Gauthier v. Eli Lilly & Co.
CAN 3  06-1108 ꟷ          Leilani Jones v. Eli Lilly & Co.
CAN 3  06-1110 ꟷ          Theresa Hill v. Eli Lilly & Co.
CAN 3  06-1111 ꟷ          Marguerite Joiner v. Eli Lilly & Co.
CAN 3  06-1112 ꟷ          Glenna Rohr v. Eli Lilly & Co.
CAN 3  06-1113 ꟷ          Diana Platts v. Eli Lilly & Co.
CAN 3  06-1116 ꟷ          Toni Iness v. Eli Lilly & Co.
CAN 3  06-1117 ꟷ          Carlos Garcia v. Eli Lilly & Co.
CAN 3  06-1118 ꟷ          Jason Skaggs v. Eli Lilly & Co.
CAN 3  06-1119 ꟷ          Kimberly Johnson, et al. v. Eli Lilly & Co.
CAN 3  06-1122 ꟷ          James Thomas v. Eli Lilly & Co.
CAN 3  06-1123 ꟷ          Bruce Robinson, et al. v. Eli Lilly & Co.
CAN 3  06-1124 ꟷ          Jeffrey Hamlet v. Eli Lilly & Co.
CAN 3  06-1125 ꟷ          Timothy Miller v. Eli Lilly & Co.
CAN 3  06-1126 ꟷ          James Arns v. Eli Lilly & Co.
CAN 3  06-1127 ꟷ          Severa Cruz v. Eli Lilly & Co.
CAN 3  06-1128 ꟷ          Brian Rickard v. Eli Lilly & Co.
CAN 3  06-1129 ꟷ          Peter Klein, et al. v. Eli Lilly & Co.
CAN 3  06-1131 ꟷ          James J. Duchnowski, et al. v. Eli Lilly & Co.
CAN 3  06-1132 ꟷ          Jamel Easterly, et al. v. Eli Lilly & Co.
CAN 3  06-1133 ꟷ          Alvie M. Laver v. Eli Lilly & Co.
CAN 3  06-1134 ꟷ          Shirley Eddy v. Eli Lilly & Co.
CAN 3  06-1135 ꟷ          Robin Cameron, et al. v. Eli Lilly & Co.
CAN 3  06-1155 ꟷ          Lisa Robinson, et al. v. Eli Lilly & Co.
CAN 3  06-1156 ꟷ          Dale Hoblit, et al. v. Eli Lilly & Co.
CAN 3  06-1158 ꟷ          William C. Briggs, et al. v. Eli Lilly & Co.
CAN 3  06-1159 ꟷ          Norine Ciaio v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 4 of 9

CAN 3  06-1160  ULHA          Yash Kapur v. Eli Lilly & Co. ULHA
CAN 3  06-1161  MHH          Doreen Bell v. Eli Lilly & Co. MHH
CAN 3  06-1162  JSW          William O'brien v. Eli Lilly & Co.
CAN 3  06-1163  MMC          Kimberly Hopkins v. Eli Lilly & Co.
CAN 3  06-1164  SC           Florence Karolyi v. Eli Lilly & Co.
CAN 3  06-1168  MHH          Kathlene Cheriki v. Eli Lilly & Co.
CAN 3  06-1170  PJH          Susan Kline v. Eli Lilly & Co.
CAN 3  06-1171  MMC          Dennis Muschitz v. Eli Lilly & Co.
CAN 3  06-1172  SI           Patricia Banks v. Eli Lilly & Co.
CAN 3  06-1174  PJH          David Chismar, et al. v. Eli Lilly & Co.
CAN 3  06-1175  SC           Virginia Craig v. Eli Lilly & Co.
CAN 3  06-1178             ~~Sandra Meclarny, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1179  JIW          Lehman Brownell v. Eli Lilly & Co.
CAN 3  06-1180  CW           Yolanda Araujo v. Eli Lilly & Co.
CAN 3  06-1182  SC           Karen Halechko v. Eli Lilly & Co.
CAN 3  06-1184  JSW          Gerald Garfield, et al. v. Eli Lilly & Co.
CAN 3  06-1185  MJJ          Tyna Bass v. Eli Lilly & Co.
CAN 3  06-1186  TEH          Antonio Daniel v. Eli Lilly & Co.
CAN 3  06-1187  SC           Pat Miller, et al. v. Eli Lilly & Co.
CAN 3  06-1188  PJH          Alberta Oliviri v. Eli Lilly & Co.
CAN 3  06-1190  SBA          Juawawno Boone v. Eli Lilly & Co.
CAN 3  06-1194  TEH          Anne Johnson v. Eli Lilly & Co.
CAN 3  06-1195  MJJ          Paul Matthews v. Eli Lilly & Co.
CAN 3  06-1198  MJJ          Ann Marie Gianetto v. Eli Lilly & Co.
CAN 3  06-1199  TEH          Kathy Martin v. Eli Lilly & Co.
CAN 3  06-1200             ~~Gould Meclarny v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1201  SI           Waymon Donat v. Eli Lilly & Co.
CAN 3  06-1202  SBA          Richard Jenkins, et al. v. Eli Lilly & Co.
CAN 3  06-1204  MJJ          Frank Giacomazzo v. Eli Lilly & Co.
CAN 3  06-1206  MHH          Letha Russell v. Eli Lilly & Co.
CAN 3  06-1207  MHH          Patricia Glenn, et al. v. Eli Lilly & Co.
CAN 3  06-1209  TEH          Judith A. Gunnette, et al. v. Eli Lilly & Co.
CAN 3  06-1230  MMC          John Bowermaster v. Eli Lilly & Co.
CAN 3  06-1231  PJH          Patrick Callaway v. Eli Lilly & Co.
CAN 3  06-1232  JSW          Mary Lee v. Eli Lilly & Co.
CAN 3  06-1233  PJH          Barbara Pupo v. Eli Lilly & Co.
CAN 3  06-1235  MJJ          Iris Wohlt, et al. v. Eli Lilly & Co.
CAN 3  06-1236  PJH          Darrel Vail v. Eli Lilly & Co.
CAN 3  06-1237  MJJ          Charles Coffman v. Eli Lilly & Co.
CAN 3  06-1239  MMC          Lauree Ward v. Eli Lilly & Co.
CAN 3  06-1240  TEH          Patricia Pirotta v. Eli Lilly & Co.
CAN 3  06-1241  MHH          Larry Pancher v. Eli Lilly & Co.
CAN 3  06-1242  ULHA         Jo Marie Santi v. Eli Lilly & Co.
CAN 3  06-1244  EDL          Gail F. Cowher v. Eli Lilly & Co.
CAN 3  06-1245  MJJ          Cox v. Eli Lilly & Co.
CAN 3  06-1246  ULHA         Kenneth Crawford v. Eli Lilly & Co.
CAN 3  06-1263  ULHA         William J. Crawford v. Eli Lilly & Co.
CAN 3  06-1267  SC           Kimberly Santagata, et al. v. Eli Lilly & Co.
CAN 3  06-1269  SI           Harrison Sarver, et al. v. Eli Lilly & Co.
CAN 3  06-1270  MMC          Rivers v. Eli Lilly & Co.
CAN 3  06-1273  ULHA         Marianne Capelie, et al. v. Eli Lilly & Co.
CAN 3  06-1274  JSW          Kathleen Mark, et al. v. Eli Lilly & Co.
CAN 3  06-1281  JSW          Scott M. Tucker v. Eli Lilly & Co.
CAN 3  06-1282  SC           Nancy L. French v. Eli Lilly & Co.
CAN 3  06-1293  SI           Michael J. Watkins v. Eli Lilly & Co.
CAN 3  06-1294  JSW          Gerald L. Fletcher v. Eli Lilly & Co.
CAN 3  06-1297  TEH          Pamela A. Pence, et al. v. Eli Lilly & Co.
CAN 3  06-1299  SC           Ashraf M. Hashmi v. Eli Lilly & Co.
CAN 3  06-1308             ~~Manford Hanson v. Eli Lilly & Co.~~ Vacated 5/4/06

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 5 of 9

CAN 3  06-1310  Wesley Kirby v. Eli Lilly & Co.
CAN 3  06-1312  Beth Smith, et al. v. Eli Lilly & Co.
CAN 3  06-1313  Leilani Jones v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-1320  Josie L. Murray v. Eli Lilly & Co.
CAN 3  06-1327  Beatrice L. Elserougi v. Eli Lilly & Co.
CAN 3  06-1328  Valerie J. Mirabile v. Eli Lilly & Co.
CAN 3  06-1330  Larry Reyes v. Eli Lilly & Co.
CAN 3  06-1333  Kathleen A. Hawk v. Eli Lilly & Co.
CAN 3  06-1334  Robert Koch v. Eli Lilly & Co.
CAN 3  06-1339  Ernestine Bowyer v. Eli Lilly & Co.
CAN 3  06-1340  Airetta P.J. Becica v. Eli Lilly & Co.
CAN 3  06-1343  Marie D. Price v. Eli Lilly & Co.
CAN 3  06-1344  Lawrence Segers, Jr. v. Eli Lilly & Co.
CAN 3  06-1354  Rick Alldrin, et al. v. Eli Lilly & Co.
CAN 3  06-1356  Lionel Arms, et al. v. Eli Lilly & Co.
CAN 3  06-1373  Judith A. Stanley v. Eli Lilly & Co.
CAN 3  06-1374  Donna M. Strasburger v. Eli Lilly & Co.
CAN 3  06-1376  Richard Keith, et al. v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-1379  Deborah A. Couch v. Eli Lilly & Co.
CAN 3  06-1382  Donald R. Dimartino v. Eli Lilly & Co.
CAN 3  06-1387  Wesley Kirby v. Eli Lilly & Co. Vacated 5/17/06
CAN 3  06-1388  Shirley M. Cogley-Baker, et al. v. Eli Lilly & Co.
CAN 3  06-1389  Brandy S. Morgan v. Eli Lilly & Co.
CAN 3  06-1392  Donna L. Wojnovich v. Eli Lilly & Co.
CAN 3  06-1393  Caren L. Wilson v. Eli Lilly & Co.
CAN 3  06-1396  Charlene West v. Eli Lilly & Co.
CAN 3  06-1397  Mary Senf v. Eli Lilly & Co.
CAN 3  06-1398  Nancy L. Axe v. Eli Lilly & Co.
CAN 3  06-1400  Judy M. Fisher v. Eli Lilly & Co.
CAN 3  06-1401  Azie Gould Mcclardy v. Eli Lilly & Co.
CAN 3  06-1404  Robert Young v. Eli Lilly & Co.
CAN 3  06-1405  Peter Williams v. Eli Lilly & Co.
CAN 3  06-1406  Marlene Rogala v. Eli Lilly & Co.
CAN 3  06-1432  Shantell Wade-Herbert, et al. v. Eli Lilly & Co.
CAN 3  06-1433  Evelina Zollicoffer, et al. v. Eli Lilly & Co.
CAN 3  06-1435  David R. Werner v. Eli Lilly & Co.
CAN 3  06-1437  Earnest L. Davis v. Eli Lilly & Co.
CAN 3  06-1439  Joann Philbin, et al. v. Eli Lilly & Co.
CAN 3  06-1442  Barrett v. Eli Lilly & Co.
CAN 3  06-1443  Carol A. Bartlett v. Eli Lilly & Co.
CAN 3  06-1457  Howard Thompson, et al. v. Eli Lilly & Co.
CAN 3  06-1458  Bernadine A. Bienias v. Eli Lilly & Co.
CAN 3  06-1460  Richard A. Hernandez v. Eli Lilly & Co.
CAN 3  06-1462  Sandra M. Johnson v. Eli Lilly & Co.
CAN 3  06-1465  Heber Olsen, et al. v. Eli Lilly & Co.
CAN 3  06-1466  James Cutter v. Eli Lilly & Co.
CAN 3  06-1467  Adnan Tuncel v. Eli Lilly & Co.
CAN 3  06-1468  Shirley A. Jones v. Eli Lilly & Co.
CAN 3  06-1469  Zackarius E. Kleinsasser v. Eli Lilly & Co.
CAN 3  06-1472  Damon L. Dowdell v. Eli Lilly & Co.
CAN 3  06-1473  Jennifer L. Kebler v. Eli Lilly & Co.
CAN 3  06-1476  Linda K. Hartle v. Eli Lilly & Co.
CAN 3  06-1477  Oradean Foster v. Eli Lilly & Co.
CAN 3  06-1479  Maurice Looney v. Eli Lilly & Co.
CAN 3  06-1480  Andrew J.w. Walker v. Eli Lilly & Co.
CAN 3  06-1481  Gregory Knight v. Eli Lilly & Co.
CAN 3  06-1482  Harriet F. Haughiout v. Eli Lilly & Co.
CAN 3  06-1484  Mary E. Hunter v. Eli Lilly & Co.
CAN 3  06-1486  Marvette L. Keys v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 6 of 9

CAN 3  06-1487  *PJH*     Dino S. Catlin v. Eli Lilly & Co.
CAN 3  06-1489  *WHA*     William S. Sutterer v. Eli Lilly & Co.
CAN 3  06-1490  *MJJ*     Sarah M. Tanner, et al. v. Eli Lilly & Co.
CAN 3  06-1491  *MMC*     Robert Zimmerman v. Eli Lilly & Co.
CAN 3  06-1493  *MHP*     David Martinez v. Eli Lilly & Co.
CAN 3  06-1494  *SC*      Sandy Fry v. Eli Lilly & Co.
CAN 3  06-1495  *JSW*     Larry M. Call v. Eli Lilly & Co.
CAN 3  06-1497  *MJJ*     Stephen La Joie, et al. v. Eli Lilly & Co.
CAN 3  06-1525  *JSW*     Angela Overeynder, et al. v. Eli Lilly & Co.
CAN 3  06-1527  *SC*      Richard Frentz v. Eli Lilly & Co.
CAN 3  06-1530  *SC*      Joel Feser v. Eli Lilly & Co.
~~CAN 3  06-1532~~         ~~Gerald Garfield, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1533  *JSW*     Eric Padgett v. Eli Lilly & Co.
~~CAN 3  06-1534~~         ~~Alberta Johnson v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1537  *MJS*     Karen Broughton v. Eli Lilly & Co.
CAN 3  06-1538  *MMC*     Kathleen Deitchler, et al. v. Eli Lilly & Co.
CAN 3  06-1540  *MMC*     Marla Barton v. Eli Lilly & Co.
CAN 3  06-1542  *TEH*     Jacob Reed, et al. v. Eli Lilly & Co.
CAN 3  06-1543  *MJJ*     William Maloney v. Eli Lilly & Co.
CAN 3  06-1544  *JSW*     Connie E. Mcclintock v. Eli Lilly & Co.
CAN 3  06-1547  *MMC*     Barbara Lanini v. Eli Lilly & Co.
CAN 3  06-1548  *SC*      Sari Gehrke, et al. v. Eli Lilly & Co.
CAN 3  06-1549  *WHA*     Tyrone Jeter v. Eli Lilly & Co.
CAN 3  06-1550  *MHP*     Duane A. Tillman v. Eli Lilly & Co.
CAN 3  06-1552  *SI*      Deborah Winfrey v. Eli Lilly & Co.
CAN 3  06-1553  *SI*      Blondean Sims v. Eli Lilly & Co.
CAN 3  06-1554  *PJH*     Edward Jones v. Eli Lilly & Co.
CAN 3  06-1556  *PJH*     Allegra M. Weaver v. Eli Lilly & Co.
CAN 3  06-1559  *SC*      Jane R. Evans v. Eli Lilly & Co.
CAN 3  06-1562  *WHA*     David Bell v. Eli Lilly & Co.
CAN 3  06-1563  *JSW*     Dorothy Sheppard v. Eli Lilly & Co.
CAN 3  06-1565  *PJH*     Lucy Martinez, et al. v. Eli Lilly & Co.
CAN 3  06-1566  *MMC*     Troy R. Geddis v. Eli Lilly & Co.
CAN 3  06-1567  *WHA*     Georgette M. Mcbride v. Eli Lilly & Co.
CAN 3  06-1605  *MHP*     Mary Deschenes, et al. v. Eli Lilly & Co.
CAN 3  06-1606  *MJJ*     Laurice Kory, et al. v. Eli Lilly & Co.
CAN 3  06-1611  *SI*      Michelle Medlin v. Eli Lilly & Co.
CAN 3  06-1613  *SI*      Erin Linn Goodpasture v. Eli Lilly & Co.
CAN 3  06-1614  *SI*      Donna Cuadrez, et al. v. Eli Lilly & Co.
CAN 3  06-1615  *CW*      Gary Osborne v. Eli Lilly & Co.
CAN 3  06-1618  *SI*      Rhonda Abtahi v. Eli Lilly & Co.
CAN 3  06-1620  *SI*      Gerald Boehmer, et al. v. Eli Lilly & Co.
CAN 3  06-1622  *SI*      Jacqueline Lipka v. Eli Lilly & Co.
CAN 3  06-1623  *SI*      Jim Aldine, et al. v. Eli Lilly & Co.
CAN 3  06-1624  *SI*      Donna Taylor v. Eli Lilly & Co.
CAN 3  06-1625  *SI*      Nicholas Gonzales v. Eli Lilly & Co.
~~CAN 3  06-1626~~         ~~Ann Button v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1627  *SI*      Eddie Ray Harris v. Eli Lilly & Co.
CAN 3  06-1628  *SI*      Carl M. Eisaman v. Eli Lilly & Co.
CAN 3  06-1643  *SI*      James Graham, et al. v. Eli Lilly & Co.
CAN 3  06-1644  *SI*      Wayne Dixon, et al. v. Eli Lilly & Co.
CAN 3  06-1692  *EMC*     Deborah A. King v. Eli Lilly & Co.
CAN 3  06-1693  *MHP*     Antoinette C. Smith v. Eli Lilly & Co.
CAN 3  06-1697  *MHP*     Eleanor E. Pugliese v. Eli Lilly & Co.
CAN 3  06-1699  *SC*      James D. Fusner v. Eli Lilly & Co.
CAN 3  06-1701  *SI*      Richard B. Slater, Jr. v. Eli Lilly & Co.
CAN 3  06-1702  *MMC*     Marcella L. Lowry v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                                   PAGE 7 of 9

| | | | |
|---|---|---|---|
| CAN 3 | 06-1705 | SC | Donald D. Hetrick v. Eli Lilly & Co. |
| CAN 3 | 06-1706 | JSW | Carol S. Buvoltz v. Eli Lilly & Co. |
| CAN 3 | 06-1708 | | Gerald L. Fletcher v. Eli Lilly & Co. Vacated 5/17/06 |
| CAN 3 | 06-1709 | SI | Ronald J. Elardo, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1712 | WHA | Beverly Sikora, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1757 | | Linda L. Nevei v. Eli Lilly & Co. Vacated 5/4/06 |
| CAN 3 | 06-1758 | SC | Gina Mcdonald v. Eli Lilly & Co. |
| CAN 3 | 06-1761 | MHT | Tracy K. Mueller v. Eli Lilly & Co. |
| CAN 3 | 06-1770 | SI | Madeline Elsener v. Eli Lilly & Co. |
| CAN 3 | 06-1787 | MJJ | Joe Stevenson, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1788 | MJJ | Helene M. Lotka v. Eli Lilly & Co. |
| CAN 3 | 06-1819 | SC | Don Wilson v. Eli Lilly & Co. |
| CAN 3 | 06-1825 | WHA | Darren A. Wimley v. Eli Lilly & Co. |
| CAN 3 | 06-1847 | PJH | Shireen L. Thomas, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1852 | MJJ | Curtis C. Tomkins v. Eli Lilly & Co. |
| CAN 3 | 06-1856 | PJH | Irish G. Whaley v. Eli Lilly & Co. |
| CAN 3 | 06-1859 | MJJ | Conrad F. Sammet, Jr. v. Eli Lilly & Co. |
| CAN 3 | 06-1860 | SI | Brandy L. Rooks, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1931 | JSW | Jorenda Bolden v. Eli Lilly & Co. |
| CAN 3 | 06-2038 | | Helene M. Lotka v. Eli Lilly & Co. Vacated 5/4/06 |
| CAN 3 | 06-2188 | | Timothy Johnson, et al. v. Eli Lilly & Co., et al. Opposed 5/17/06 |
| CAN 3 | 06-2283 | WHA | Johnnena Washington v. Eli Lilly & Co. |
| CAN 3 | 06-2385 | | Russel Woodrow, et al. v. Eli Lilly & Co. Opposed 5/17/06 |
| CAN 3 | 06-2386 | | John Grant, et al. v. Eli Lilly & Co., et al. Opposed 5/17/06 |
| CAN 3 | 06-2398 | MHT | Duane Inks v. Eli Lilly & Co. |
| CAN 3 | 06-2399 | MJJ | Eunice Asher v. Eli Lilly & Co. |
| CAN 3 | 06-2420 | JSW | Eiraje Hajebi, et al. v. Eli Lilly & Co., et al. |
| CAN 3 | 06-2421 | JSW | David Engstrom, et al. v. Eli Lilly & Co., et al. |
| CAN 3 | 06-2489 | | Andra Alexander, et al. v. Eli Lilly & Co., et al. Opposed 5/17/06 |
| CAN 3 | 06-2609 | MJJ | Eric John Hornisher, et al. v. Eli Lilly & Co. |
| CAN 4 | 05-4831 | | Don Pledger, et al. v. Eli Lilly & Co. |
| CAN 4 | 05-4894 | | Tonya Alexander v. Eli Lilly & Co. |
| CAN 4 | 05-5097 | | Cynthia Akins, et al. v. Eli Lilly & Co. Vacated 5/4/06 |
| CAN 4 | 05-5098 | | Shannon La' Rocque v. Eli Lilly & Co. Vacated 5/4/06 |
| CAN 4 | 05-5099 | | Timothy O'neill v. Eli Lilly & Co. |
| CAN 4 | 05-5148 | | Mark Sewell v. Eli Lilly & Co. |
| CAN 4 | 05-5151 | | Tammy Kelly, et al. v. Eli Lilly & Co. |
| CAN 4 | 05-5291 | | Alberta Smiley-Harris v. Eli Lilly & Co. |
| CAN 4 | 05-5292 | | Denine Cook v. Eli Lilly & Co. |
| CAN 4 | 06-8 | | Jerry Lee Ginn, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-39 | | Viola Ward v. Eli Lilly & Co. |
| CAN 4 | 06-250 | | David Sensenig v. Eli Lilly & Co. |
| CAN 4 | 06-893 | | George Carmack v. Eli Lilly & Co. |
| CAN 4 | 06-906 | | Franklin Fraley v. Eli Lilly & Co. |
| CAN 4 | 06-954 | | Patsy Shows v. Eli Lilly & Co. |
| CAN 4 | 06-973 | | Sidney Carson, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-974 | | Patricia Grillot v. Eli Lilly & Co. |
| CAN 4 | 06-977 | | Daniel Lemke v. Eli Lilly & Co. |
| CAN 4 | 06-980 | | Natalie Summers v. Eli Lilly & Co. |
| CAN 4 | 06-985 | | Ruth Porter, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-988 | | Ronald Kemp v. Eli Lilly & Co. |
| CAN 4 | 06-993 | | Steven Dektor v. Eli Lilly & Co. |
| CAN 4 | 06-1022 | | Martha Meyer, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1030 | | John Luthy v. Eli Lilly & Co. |
| CAN 4 | 06-1032 | | James P. Ledney, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1038 | | Hazel Blumenschein v. Eli Lilly & Co. |
| CAN 4 | 06-1048 | | Dante Barfield v. Eli Lilly & Co. |
| CAN 4 | 06-1055 | | Faye Montgomery v. Eli Lilly & Co. |
| CAN 4 | 06-1059 | | Dennis Taylor, et al. v. Eli Lilly & Co. |

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 8 of 9

| CAN | 4 | 06-1087 | Maria Jordan v. Eli Lilly & Co. |
| CAN | 4 | 06-1089 | Maria Mercado v. Eli Lilly & Co. |
| CAN | 4 | 06-1097 | John Popielarcheck, et al. v. Eli Lilly & Co. |
| CAN | 4 | 06-1102 | Michelle Auger v. Eli Lilly & Co. |
| CAN | 4 | 06-1107 | Manford Hanson v. Eli Lilly & Co. |
| CAN | 4 | 06-1115 | Shultz, et al. v. Eli Lilly & Co. |
| CAN | 4 | 06-1121 | Mandy Brown v. Eli Lilly & Co. |
| CAN | 4 | 06-1130 | Heather Duff v. Eli Lilly & Co. |
| CAN | 4 | 06-1157 | Sharon Lavas v. Eli Lilly & Co. |
| CAN | 4 | 06-1165 | Gregory Kelker v. Eli Lilly & Co. |
| CAN | 4 | 06-1167 | Linda Martorana v. Eli Lilly & Co. |
| CAN | 4 | 06-1169 | Mamie Hurt v. Eli Lilly & Co. |
| CAN | 4 | 06-1173 | Fern Malayeco v. Eli Lilly & Co. |
| CAN | 4 | 06-1176 | Fred Botos, et al. v. Eli Lilly & Co. |
| CAN | 4 | 06-1181 | William Cossick v. Eli Lilly & Co. |
| CAN | 4 | 06-1183 | James Bacon v. Eli Lilly & Co. |
| CAN | 4 | 06-1189 | Jesse Frausto, et al. v. Eli Lilly & Co. |
| CAN | 4 | 06-1192 | John Ondo v. Eli Lilly & Co. |
| CAN | 4 | 06-1196 | Robert Hawkins v. Eli Lilly & Co. |
| CAN | 4 | 06-1197 | Maxine Burkley v. Eli Lilly & Co. |
| CAN | 4 | 06-1203 | Andrea Mendoza v. Eli Lilly & Co. |
| CAN | 4 | 06-1205 | Deb Osburn, et al. v. Eli Lilly & Co. |
| ~~CAN~~ | ~~4~~ | ~~06-1234~~ | ~~John Luthy v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN | 4 | 06-1238 | Ernest Chaves v. Eli Lilly & Co. |
| CAN | 4 | 06-1243 | Robert Campbell v. Eli Lilly & Co. |
| CAN | 4 | 06-1271 | Rosa A. Hoffman, et al. v. Eli Lilly & Co. |
| CAN | 4 | 06-1272 | Bonnie Hall, et al. v. Eli Lilly & Co. |
| CAN | 4 | 06-1298 | Kenneth F. Gibson v. Eli Lilly & Co. |
| ~~CAN~~ | ~~4~~ | ~~06-1309~~ | ~~Maria Mercado v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN | 4 | 06-1324 | Milan J. Veres, et al. v. Eli Lilly & Co. |
| CAN | 4 | 06-1325 | Mensenia E. Deloach v. Eli Lilly & Co. |
| CAN | 4 | 06-1338 | Linda R. Linn v. Eli Lilly & Co. |
| CAN | 4 | 06-1360 | Gwen Davis, et al. v. Eli Lilly & Co. |
| CAN | 4 | 06-1372 | Beth M. Seigenfuse v. Eli Lilly & Co. |
| CAN | 4 | 06-1375 | Tracy E. Reed v. Eli Lilly & Co. |
| CAN | 4 | 06-1378 | Charles Weldon, et al. v. Eli Lilly & Co. |
| CAN | 4 | 06-1381 | Tyrone Johnson v. Eli Lilly & Co. |
| CAN | 4 | 06-1386 | Gurley E. Glenn v. Eli Lilly & Co. |
| CAN | 4 | 06-1391 | Florence B. Perry v. Eli Lilly & Co. |
| CAN | 4 | 06-1450 | Sandra J. Forbes v. Eli Lilly & Co. |
| CAN | 4 | 06-1451 | Rafael A. Beltran v. Eli Lilly & Co. |
| CAN | 4 | 06-1452 | Ida L. Hollis v. Eli Lilly & Co. |
| CAN | 4 | 06-1455 | Mary G. Chenger, et al. v. Eli Lilly & Co. |
| CAN | 4 | 06-1456 | Patricia Murnin, et al. v. Eli Lilly & Co. |
| CAN | 4 | 06-1459 | Mary E. Jones v. Eli Lilly & Co. |
| CAN | 4 | 06-1461 | David R. Carroll v. Eli Lilly & Co. |
| CAN | 4 | 06-1471 | Frank J. Young v. Eli Lilly & Co. |
| CAN | 4 | 06-1478 | Joann C. Moffitt v. Eli Lilly & Co. |
| CAN | 4 | 06-1496 | Dranoel E. Browne v. Eli Lilly & Co. |
| CAN | 4 | 06-1498 | Karla Tomastik v. Eli Lilly & Co. |
| CAN | 4 | 06-1501 | Tracy L. Ayers v. Eli Lilly & Co. |
| CAN | 4 | 06-1536 | Noreen Corduck, et al. v. Eli Lilly & Co. |
| CAN | 4 | 06-1539 | Edward Truitt v. Eli Lilly & Co. |
| CAN | 4 | 06-1546 | Eugene R. Davis v. Eli Lilly & Co. |
| CAN | 4 | 06-1560 | Borys Bohonik v. Eli Lilly & Co. |
| CAN | 4 | 06-1561 | Heather M. Cherry-Wodja, et al. v. Eli Lilly & Co. |
| CAN | 4 | 06-1569 | Marcus L. Guy v. Eli Lilly & Co. |
| CAN | 4 | 06-1607 | Barbara Murray, et al. v. Eli Lilly & Co. |
| CAN | 4 | 06-1694 | Toritha D. Ewell v. Eli Lilly & Co. |

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                                    PAGE 9 of 9

| | | |
|---|---|---|
| CAN 4 | 06-1696 | David Barton Thomas v. Eli Lilly & Co. |
| CAN 4 | 06-1704 | Tracy L. Jones Hayman v. Eli Lilly & Co. |
| CAN 4 | 06-1707 | Kathlyn M. Wilkerson-Smith v. Eli Lilly & Co. |
| ~~CAN 4~~ | ~~06-1765~~ | ~~Nellie G. Sarver v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 4 | 06-1827 | Norma L. Terry v. Eli Lilly & Co. |
| CAN 4 | 06-1844 | Jason Tsangaris v. Eli Lilly & Co. |
| ~~CAN 4~~ | ~~06-2384~~ | ~~Saundra Burns, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06 |

## INVOLVED COUNSEL LIST (CTO-49)
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Samuel J. Abate, Jr.
McCarter & English, L.L.P.
245 Park Avenue, 27th Floor
New York, NY 10167

Thomas F. Campion, Jr.
Drinker, Biddle & Reath, L.L.P.
500 Campus Drive
Florham Park, NJ 07932-1047

Phillip K. Cohen
Murphy, Rosen & Cohen
100 Wilshire Boulevard
Suite 700
Santa Monica, CA 90401-1142

Colleen T. Davies
Reed Smith, LLP
1999 Harrison Street, Suite 2400
P.O. Box 2084
Oakland, CA 94604-2084

Joshua C. Ezrin
Alexander, Hawes & Audet, LLP
300 Montgomery Street
Suite 400
San Francisco, CA 94104

Nina M. Gussack
Pepper, Hamilton, LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

Jeffrey A. Kaiser
Levin, Simes & Kaiser, LLP
1 Bush Street
14th Floor
San Francisco, CA 94104-4425

Adel Nadji
Alexander, Hawes & Audet, LLP
221 Main Street
Suite 1460
San Francisco, CA 94105

Christopher A. Seeger
Seeger Weiss, LLP
550 Broad Street
Suite 920
Newark, NJ 07102

E. G. Stanley
728 Texas Street
Fairfield, CA 94533

Jeffrey M. Tillotson
Lynn, Tillotston & Pinker, LLP
750 N. St. Paul Street
Suite 1400
Dallas, TX 75201

James M. Wood
Reed Smith, LLP
1999 Harrison Street, 22nd Floor
Oakland, CA 94612

## INVOLVED JUDGES LIST (CTO-49)
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Hon. William H. Alsup
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Saundra Brown Armstrong
U.S. District Judge
400-S Ronald V. Dellums
Federal Building
1301 Clay Street
Oakland, CA 94612-5212

Hon. Wayne D. Brazil
United States District Court
Ronald V. Dellums Federal Building
3rd Floor
1301 Clay Street
Oakland, CA 94612-5217

Hon. Charles R. Breyer
U.S. District Judge
Phillip Burton U.S. Courthouse
Suite 19-6618
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Edward M. Chen
U.S. Magistrate Judge
Phill Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102

Hon. Maxine M. Chesney
U.S. District Judge
Phillip Burton U.S. Courthouse
19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Samuel Conti
Senior U.S. District Judge
U.S. District Court
P.O. Box 36060
San Francisco, CA 94102-3434

Hon. Phyllis J. Hamilton'
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

Hon. Thelton E. Henderson
Senior U.S. District Judge
19-5356 Phillip Burton
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Susan Yvonne Illston
U.S. District Judge
Phillip Burton U.S. Courthouse
Suite 19-5424
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Maria-Elena James
U.S. Magistrate Judge
15-5698 Phillip Burton
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Hon. Martin J. Jenkins
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Ave.
San Francisco, CA 94102-3434

Hon. Elizabeth D. Laporte
U.S. Magistrate Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

Hon. James L. Larson
U.S. Magistrate Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
P.O. Box 36060
San Francisco, CA 94102-3489

Hon. Marilyn Hall Patel
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3661

Hon. Joseph C. Spero
U.S. Magistrate Judge
Philip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Jeffrey S. White
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

Hon. Claudia Wilken
U.S. District Judge
Ronald V. Dellums Federal Building
Suite 400 South
1301 Clay Street
Oakland, CA 94612-5212

Hon. Bernard Zimmerman
U.S. Magistrate Judge
Philip Burton U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102